Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000943
07-JAN-2016
08:26 AM

NO. CAAP-15-0000943

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF NEW YORK MELLON, fka The Bank of New York,
as Trustee for the Certificate Holders CWALT, Inc.,
Alternative Loan Trust 2006-23CB, Mortgage Pass-Through
Certificates, Series 2006-23CB, Plaintiff-Appellee,
v.
WON CHA KIM, Defendant-Appellant,
and
ASSOCIATION OF APARTMENT OWNERS OF HAIKU HALE,
JOHN DOES 1-20, JANE DOES 1-20, DOE CORPORATIONS 1-20,
DOE ENTITIES 1-20, and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-3381-12)

ORDER
(1) DENYING THE JANUARY 4, 2016 STIPULATION
TO WITHDRAW DEFENDANT WON CHA KIM'S NOTICE OF APPEAL;
AND
(2) APPROVING THE JANUARY 4, 2016
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation to Withdraw Defendant Won Cha Kim's Notice of Appeal and for Dismissal of Appeal (Stipulation), filed January 4, 2016, by Defendant-Appellant Won Cha Kim, the papers in support, and the record, it appears that (1) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; (2) the appeal has not

been docketed; and (3) the parties stipulate to withdraw the notice of appeal, filed December 17, 2015, and dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved in part and denied in part as follows. The stipulation to withdraw the notice of appeal is denied. The stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 7, 2016.

Presiding Judge

Associate Judge

Associate Judge